UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>10 S. Howard Street, Suite 3000<br>Baltimore, Maryland 21201<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LJAX, INC., t/a SUBWAY,<br>6251 Columbia Crossing Circle<br>Columbia, Maryland 20145<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.<br>)<br>)<br>)　COMPLAINT<br>)　<u>JURY TRIAL DEMAND</u><br>)<br>)<br>)<br>) |

<u>NATURE OF THE ACTION</u>

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex and to provide appropriate relief to a male minor (hereinafter, "John Doe"), who was adversely affected by such practices. The Commission alleges that John Doe was subjected to unwelcome sexual advances, and other verbal and physical conduct of a sexual nature constituting sexual harassment by Defendant's Manager Sam Yarborough. This sexual harassment was sufficiently severe and pervasive enough to alter the conditions of John Doe's employment and to create an abusive working environment. Also the Commission alleges that John Doe was discharged in retaliation for rejecting Mr. Yarborough's sexual advances.

<u>JURISDICTION AND VENUE</u>

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is

authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C., Section 2000e-5(f)(1).

4. At all relevant times, Defendant, LJAX, Inc. (the "Employer"), has continuously been a Maryland Corporation doing business in the State of Maryland and the City of Columbia, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Section 2000e-(b), (g) and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, a charge was filed with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about August 11, 2004, Defendant Employer has engaged in unlawful employment practices at its Columbia, Maryland facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. Section 2000e-2(a)(1). The practices include physical touching, and lewd and sexually suggestive comments by Defendant's Manager, Sam Yarborough. This sexual harassment resulted in John Doe being subjected to a hostile working environment.

8. On or about August 13, 2004, Defendant Employer has engaged in unlawful employment practices at its Columbia, Maryland facility, in violation of Section 704(a) of Title VII, 42 U.S.C. §§2000e-3(a). The practices include Defendant Employer's firing John Doe for rejecting and complaining about unwelcome sexual advances toward him.

9. The effect of the practices complained of in paragraph numbers 7 and 8, above has been to deprive John Doe of equal employment opportunities and otherwise adversely affect his status as an employee because of his sex.

10. The unlawful employment practices complained of above were intentional.

11. The unlawful employment practices complained of above were done with malice and/or reckless indifference to the federally protected rights of John Doe.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in sexual harassment and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for men, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole John Doe by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole John Doe, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to medical expenses and job search expenses, in amounts to be determined at trial.

E. Order Defendant Employer to make whole John Doe, by providing compensation for non-pecuniary losses resulting from the unlawful employment practices described above, including emotional pain and suffering, shock, anxiety, humiliation and loss of enjoyment of life in amounts to be determined at trial.

F.  Order Defendant Employer to pay John Doe punitive damages for its malicious and/or reckless conduct, in an amount to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper.

H.  Award the Commission its costs in this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES L. Lee
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
JACQUELINE H. MCNAIR
Regional Attorney

_____
DEBRA M. LAWRENCE
Supervisory Trial Attorney

_____
REGINA M. ANDREW
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
     COMMISSION
Baltimore District Office
10 S. Howard Street, 3rd Flr.
Baltimore, MD  21201
Tel: (410) 962-4220